```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| v.   ) | No. 2:08-CR-88 |
| RICHARD KASPER,   ) | |
| Defendant.   ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE # 147) filed on September 25, 2008. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Richard Kasper's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. § 846.

This matter is set for sentencing on April 29, 2009, at 12:30 p.m.

**DATED: November 18, 2008**          /s/RUDY LOZANO, Judge
                                      **United States District Court**